Michael J. McCue
Nevada Bar No.: 6055
Meng Zhong
Nevada Bar No.: 12145
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel.: (702) 949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Defendants Richmeetbeautiful Holding Ltd.*
*dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

REFLEX MEDIA, INC., a Nevada corporation; and CLOVER8 INVESTMENTS PTD.LTD., a Singapore corporation,

   Plaintiffs,

v.

RICHMEETBEAUTIFUL HOLDING LTD., a Maltese corporation; d/b/a RichMeetBeautiful.com; DIGISEC MEDIA LIMITED, a Maltese corporation; SIGURD VEDAL, a Norwegian individual and DOES 1-10, inclusive,

   Defendants.

Case No.: 2:18-cv-01476-APG-GWF

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

**(FIRST REQUEST)**

   Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal (collectively, "Defendants") and Plaintiffs Reflex Media, Inc. and Clover8 Investments Ptd. Ltd. (collectively, "Plaintiffs") hereby stipulate to extend the time for Defendants to answer or otherwise respond to the Complaint to February 26, 2019. Counsel for the Defendants requested the extension and counsel for the Plaintiffs consented. There is good cause for the extension  Defendants are located outside of the United States and recently retained counsel in the above-captioned lawsuit.  Defendants need additional time to obtain the advice of counsel.

**IT IS SO AGREED AND STIPULATED:**

DATED this 5th day of February, 2019.

DATED this 5th day of February, 2019.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

SMITH WASHBURN, LLP

By: ___/s/ Michael J. McCue_____
Michael J. McCue
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

By: ___/s/ Jacob L. Fonnesbeck_____
Mark L. Smith
Jacob L. Fonnesbeck
6871 Eastern Avenue, Suite 101
Las Vegas, NV 89119
E-mail: msmith@smithwashburn.com
E-mail: jfonnesbeck@smithwashburn.com

*Attorneys for Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal*

*Attorneys for Plaintiffs Reflex Media, Inc. and Clover8 Investments Ptd. Ltd*

## <u>ORDER</u>

IT IS HEREBY ORDERED, ADJUDGED AND DECREED to extend the deadline in which Defendants have to file responsive pleadings to Plaintiff's Complaint until February 26, 2019.

**IT IS SO ORDERED:**

_George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

DATED: _2/6/2019_____

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Lewis Roca
ROTHGERBER CHRISTIE