Michael J. McCue
Nevada Bar No.: 6055
Meng Zhong
Nevada Bar No.: 12145
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel.: (702) 949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Defendants Richmeetbeautiful Holding Ltd.
dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation; and CLOVER8 INVESTMENTS PTD.LTD., a Singapore corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RICHMEETBEAUTIFUL HOLDING LTD., a Maltese corporation; d/b/a RichMeetBeautiful.com; DIGISEC MEDIA LIMITED, a Maltese corporation; SIGURD VEDAL, a Norwegian individual and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01476-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal (collectively, "Defendants") and Plaintiffs Reflex Media, Inc. and Clover8 Investments Ptd. Ltd. (collectively, "Plaintiffs") hereby stipulate to extend the time for Defendants to answer or otherwise respond to the First Amended Complaint to April 22, 2019. Counsel for the Defendants requested the extension and counsel for the Plaintiffs consented. There is good cause for the extension. Plaintiffs filed their First Amended Complaint on March 19, 2019, and due to the general press of business, Defendants' counsel requested a brief extension of time to review the new allegations in the First Amended Complaint.

///

///

1

**IT IS SO AGREED AND STIPULATED:**

DATED this 1st day of April, 2019.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ Michael J. McCue
Michael J. McCue
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal*

DATED this 1st day of April, 2019.

SMITH WASHBURN, LLP

By: /s/ Mark L. Smith
Mark L. Smith
Jacob L. Fonnesbeck
6871 Eastern Avenue, Suite 101
Las Vegas, NV 89119
E-mail: msmith@smithwashburn.com
E-mail: jfonnesbeck@smithwashburn.com

*Attorneys for Plaintiffs Reflex Media, Inc. and Clover8 Investments Ptd. Ltd*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED to extend the deadline in which Defendants have to file responsive pleadings to Plaintiff's First Amended Complaint until April 22, 2019.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/04/2019

107728536.1