Michael J. McCue
Nevada Bar No.: 6055
Meng Zhong
Nevada Bar No.: 12145
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel.: (702) 949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Defendants Richmeetbeautiful Holding Ltd.*
*dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation; and CLOVER8 INVESTMENTS PTD.LTD., a Singapore corporation, | Case No.: 2:18-cv-01476-APG-GWF |
| Plaintiffs, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| RICHMEETBEAUTIFUL HOLDING LTD., a Maltese corporation; d/b/a RichMeetBeautiful.com; DIGISEC MEDIA LIMITED, a Maltese corporation; SIGURD VEDAL, a Norwegian individual and DOES 1-10, inclusive, | **(THIRD REQUEST)** |
| Defendants. | |

Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal (collectively, "Defendants") and Plaintiffs Reflex Media, Inc. and Clover8 Investments Ptd. Ltd. (collectively, "Plaintiffs") hereby stipulate to extend the time for Defendants to answer or otherwise respond to the First Amended Complaint to May 6, 2019. Counsel for the Defendants requested the extension and counsel for the Plaintiffs consented. There is good cause for the extension. The parties are discussing potential settlement of this case, and requested a brief extension of time complete those discussions prior to expending time and resources.

///

///

107912730.1

**IT IS SO AGREED AND STIPULATED:**

DATED this 19th day of April, 2019.

DATED this 19th day of April, 2019.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

SMITH WASHBURN, LLP

By: ___/s/ Michael J. McCue___
Michael J. McCue
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

By: ___/s/ Jacob L. Fonnesbeck___
Mark L. Smith
Jacob L. Fonnesbeck
6871 Eastern Avenue, Suite 101
Las Vegas, NV 89119
E-mail: msmith@smithwashburn.com
E-mail: jfonnesbeck@smithwashburn.com

*Attorneys for Defendants Richmeetbeautiful*
*Holding Ltd. dba RichMeetBeautiful.com,*
*Digisec Media Limited, and Sigurd Vedal*

*Attorneys for Plaintiffs Reflex Media, Inc. and*
*Clover8 Investments Ptd. Ltd*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED to extend the deadline in which Defendants have to file responsive pleadings to Plaintiff's First Amended Complaint until May 6, 2019.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __4/22/2019__

107912730.1