Michael J. McCue
Nevada Bar No.: 6055
Meng Zhong
Nevada Bar No.: 12145
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel.: (702) 949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation; and CLOVER8 INVESTMENTS PTD.LTD., a Singapore corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RICHMEETBEAUTIFUL HOLDING LTD., a Maltese corporation; d/b/a RichMeetBeautiful.com; DIGISEC MEDIA LIMITED, a Maltese corporation; SIGURD VEDAL, a Norwegian individual and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01476-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIFTH REQUEST)** |

Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal (collectively, "Defendants") and Plaintiffs Reflex Media, Inc. and Clover8 Investments Ptd. Ltd. (collectively, "Plaintiffs") hereby stipulate to extend the time for Defendants to answer or otherwise respond to the First Amended Complaint to June 20, 2019. There is good cause for this extension to allow the parties to continue discussing potential settlement of this case. The parties have spent the extra time previously granted by the Court productively to try to resolve this case. In the past thirty days, Defendants have provided information to Plaintiffs to enable Plaintiffs to make a settlement proposal. On or about May 30, 2019, Plaintiffs provided some principal terms for a settlement offer. Plaintiffs' counsel and Defendants' counsel conferred to discuss the terms on May 31, 2019. Defendants, who are

1

foreign individuals and companies, are now discussing the offer terms amongst themselves and with the advice of U.S. counsel. As such, Defendants' counsel asked Plaintiffs' counsel for an extension of time to answer or respond to the First Amended Complaint, and they agreed.

**IT IS SO AGREED AND STIPULATED:**

DATED this 4th day of June, 2019.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ Meng Zhong
Michael J. McCue
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal*

DATED this 4th day of June, 2019.

SMITH WASHBURN, LLP

By: /s/ Mark L. Smith
Mark L. Smith
Jacob L. Fonnesbeck
6871 Eastern Avenue, Suite 101
Las Vegas, NV 89119
E-mail: msmith@smithwashburn.com
E-mail: jfonnesbeck@smithwashburn.com

*Attorneys for Plaintiffs Reflex Media, Inc. and Clover8 Investments Ptd. Ltd*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED to extend the deadline in which Defendants have to file responsive pleadings to Plaintiff's First Amended Complaint until June 20, 2019.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6/05/2019

108296675.1