Michael J. McCue
Nevada Bar No.: 6055
Meng Zhong
Nevada Bar No.: 12145
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel.: (702) 949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation; and CLOVER8 INVESTMENTS PTD.LTD., a Singapore corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RICHMEETBEAUTIFUL HOLDING LTD., a Maltese corporation; d/b/a RichMeetBeautiful.com; DIGISEC MEDIA LIMITED, a Maltese corporation; SIGURD VEDAL, a Norwegian individual and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01476-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT**<br><br>**(SIXTH REQUEST)** |

Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal (collectively, "Defendants") and Plaintiffs Reflex Media, Inc. and Clover8 Investments Ptd. Ltd. (collectively, "Plaintiffs") hereby stipulate to extend the time for Defendants to answer the First Amended Complaint to May 18, 2020.

On April 20, 2020, this Court entered its order resolving a previously filed Motion to Dismiss. Under Rule 12, Defendants' deadline to answer is May 4, 2020. Undersigned counsel for Defendants requested a two week extension as a professional courtesy to allow him additional time to discuss the status of the case with his clients, who are foreign companies or individuals. Plaintiff's counsel agreed to the extension. While this is the sixth extension overall,

it is only the first extension sought after the Court resolved the Motion to Dismiss.

**IT IS SO AGREED AND STIPULATED:**

DATED this 4th day of May, 2020.  DATED this 4th day of May, 2020.

LEWIS ROCA  SMITH WASHBURN, LLP
ROTHGERBER CHRISTIE LLP

By: /s/ Meng Zhong   By: /s/ Mark L. Smith
Michael J. McCue   Mark L. Smith
Meng Zhong   Jacob L. Fonnesbeck
3993 Howard Hughes Parkway, Suite 600   6871 Eastern Avenue, Suite 101
Las Vegas, NV 89169-5996   Las Vegas, NV 89119
E-mail: mmccue@lrrc.com   E-mail: msmith@smithwashburn.com
E-mail: mzhong@lrrc.com   E-mail: jfonnesbeck@smithwashburn.com

*Attorneys for Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, Digisec Media Limited, and Sigurd Vedal*   *Attorneys for Plaintiffs Reflex Media, Inc. and Clover8 Investments Ptd. Ltd*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED to extend the deadline in which Defendants have to file an Answer to Plaintiff's First Amended Complaint until May 18, 2020.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 5, 2020

111148693.1