Michael J. McCue
Nevada Bar No.: 6055
Meng Zhong
Nevada Bar No.: 12145
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tel.: (702) 949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com and Digisec Media Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation; and CLOVER8 INVESTMENTS PTD.LTD., a Singapore corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RICHMEETBEAUTIFUL HOLDING LTD., a Maltese corporation; d/b/a RichMeetBeautiful.com; DIGISEC MEDIA LIMITED, a Maltese corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01476-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT**<br><br>**(SEVENTH REQUEST)** |

Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, and Digisec Media Limited (collectively, "Defendants") and Plaintiffs Reflex Media, Inc. and Clover8 Investments Ptd. Ltd. (collectively, "Plaintiffs") hereby stipulate to extend the time for Defendants to answer the First Amended Complaint to June 1, 2020.

Plaintiffs and Defendants are exploring opportunities to resolve this case through amicable means. In furtherance of that effort, Defendants' principal and Plaintiffs' principal are planning to converse with each other directly. The requested extension will allow the parties to focus their resources on exploring settlement options before incurring additional attorneys' fees and costs to litigate, which may hinder those efforts.

1

111221875.1

**IT IS SO AGREED AND STIPULATED:**

DATED this 18th day of May, 2020.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By:   /s/ Meng Zhong
Michael J. McCue
Meng Zhong
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Defendants Richmeetbeautiful Holding Ltd. dba RichMeetBeautiful.com, and Digisec Media Limited*

DATED this 18th day of May, 2020.

SMITH WASHBURN, LLP

By:   /s/ Mark L. Smith
Mark L. Smith
Jacob L. Fonnesbeck
6871 Eastern Avenue, Suite 101
Las Vegas, NV  89119
E-mail: msmith@smithwashburn.com
E-mail: jfonnesbeck@smithwashburn.com

*Attorneys for Plaintiffs Reflex Media, Inc. and Clover8 Investments Ptd. Ltd*

**ORDER**

IT IS HEREBY ORDERED that the Stipulation and Order for Extension of Time to Answer First Amended Complaint (ECF No. 47), is GRANTED; provided however, that no further extensions of time will be permitted without the parties appearing, in person, for a status discussion with the Court.

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED:  May 18, 2020

2

111221875.1