UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation, et al,<br><br>Plaintiffs,<br><br>v.<br><br>RICHMEETBEAUTIFUL HOLDING LTD., a Maltese corporation d/b/a RichMeetBeautiful.com, et al,<br><br>Defendants. | Case No. 2:18-cv-01476-APG-EJY<br><br>**ORDER** |

Before the Court is Lewis Roca Rothgerber Christie's Motion to Withdraw as Counsel for Defendants Richmeetbeautiful Holding Ltd. d/b/a RichMeetBeautiful.com and Digisec Media Limited (collectively, "Defendants"). ECF No. 55. The Motion makes clear that Defendants terminated their representation by Lewis Roca Rothgerber Christie. *Id*. at 2. Further, a review of the docket supports the conclusion that granting the Motion to Withdraw will not cause undue delay or prejudice the parties as there is no motion (other than the instant Motion to Withdraw) pending and no hearings scheduled before the Court. There is also no trial date set in this matter.

Accordingly,

IT IS HEREBY ORDERED that Lewis Roca Rothgerber Christie's Motion to Withdraw as Counsel (ECF No. 55) is GRANTED.

IT IS FURTHER ORDERED that Defendants shall have **thirty (30) court days** from this Order to obtain new counsel, during which time these Defendants' response date to discovery is stayed. Defendants' due date for responses to any presently pending written discovery shall be **sixty (60) court days** from this Order regardless of whether Defendants obtain substitute counsel.

DATED THIS 8th day of October, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1