# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., et al., | Case No.: 2:18-cv-01476-APG-EJY |
| Plaintiffs | **Order Accepting Report and Recommendation, Striking Answer, and Entering Default** |
| v. | |
| RICHMEETBEAUTIFUL HOLDING LTD., et al., | [ECF No. 67] |
| Defendants | |

On March 31, 2021, Magistrate Judge Youchah recommended that I strike the answer of defendants RichMeetBeautiful Holding Ltd. and Digisec Media Limited due to their failure to respond to Judge Youchah's order to show cause. ECF No. 67.  The defendants did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 67) is accepted**.  The clerk of court is instructed to strike the defendants' answer (ECF No. 49) and enter default against them.

DATED this 22nd day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE