AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

REFLEX MEDIA, INC., et al.,

          Plaintiffs,

v.

RICHMEETBEAUTIFUL HOLDING LTD., et al.

          Defendants.

DEFAULT JUDGMENT

Case Number: 2:18-cv-01476-APG-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of the plaintiffs and against defendants Digisec Media Limited and RichMeetBeautiful Holding Ltd. in the amount of $1,002,000.00.

9/14/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk